# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1293
_____

Associated Electric Cooperative, Inc.

Plaintiff - Appellant

v.

Southwest Power Pool, Inc.

Defendant - Appellee

_____

No: 23-2627
_____

Associated Electric Cooperative, Inc.

Plaintiff - Appellee

v.

Southwest Power Pool, Inc.

Defendant - Appellant

___

Appeals from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03030-BCW)

___

**JUDGMENT**

Before COLLOTON, Chief Judge, MELLOY, and GRUENDER, Circuit Judges.

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the orders of the district court in these causes are affirmed in accordance with the opinion of this Court.

August 05, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik