# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1293

Associated Electric Cooperative, Inc.

Appellant

v.

Southwest Power Pool, Inc.

Appellee

No: 23-2627

Associated Electric Cooperative, Inc.

Appellee

v.

Southwest Power Pool, Inc.

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03030-BCW)
(6:22-cv-03030-BCW)

_____

**MANDATE**

In accordance with the opinion and judgment of August 5, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 26, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit